UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WADE'S MATTRESS SUPERSTORE, ET AL., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| vs. | |
| ACUITY, A MUTUAL INSURANCE, COMPANY, | CASE NO: 18-1095-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on October 17, 2018, this cause is hereby **DISMISSED with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 10/17/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk